# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00336 |
| Dylan James Smyth | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 10/23/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1361 - Destruction of Federal Property,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds ,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ,
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __10/23/2024__

*Judge's signature*

City and state: __Washington, D.C.__   Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*