AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11730893

**RECEIVED**
By USMS District of Columbia District Court at 9:14 am, Oct 24, 2024

United States of America
v.
Dylan James Smyth

*Defendant*

Case: 1:24-mj-00336
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/23/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Dylan James Smyth__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1361 - Destruction of Federal Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct in the Capitol Grounds or Buildings.

Date:   10/23/2024

*Issuing officer's signature*

City and state:   Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/23/24, and the person was arrested on *(date)* 11/21/24
at *(city and state)* Grand Rapids, MI.

Date: 11/21/24

*Arresting officer's signature*

Mark Castagna, Deputy U.S. Marshal
*Printed name and title*