UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-MJ-336 |
| DYLAN JAMES SMYTH | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 16, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 23rd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge